# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITA E.,[1] <br><br> Petitioner, <br><br> v. <br><br> LELAND DUDEK,[2] Acting Commissioner of Social Security <br><br> Respondent. | Case No. 2:24-cv-2228-WDK-RAO <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Dkt. No. 1; the Commissioner's certified administrative record, Dkt. No. 6; the parties' respective briefs, Dkt. Nos. 7, 11–12; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 14; and all of the records and files herein.

  Objections to the Report were due by February 14, 2025, and the Court has not received any objections to date. Dkt. No. 13. The Court hereby accepts and adopts

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek, the Acting Commissioner of the Social Security Administration ("Commissioner"), is hereby substituted as the defendant.

1 | the findings, conclusions, and recommendations of the Magistrate Judge.
2 |     IT IS ORDERED that the decision of the Commissioner of Social Security is
3 | REVERSED and REMANDED for further administrative proceedings.
4 |     IT IS SO ORDERED.

6 | DATED: March 27, 2025

*[signature]*
WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE