JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITA E.,[1]<br><br>Petitioner,<br><br>v.<br><br>LELAND DUDEK,[2] Acting Commissioner of Social Security<br><br>Respondent. | Case No. 2:24-cv-2228-WDK-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and REMANDED for further administrative proceedings.

\\\

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek, the Acting Commissioner of the Social Security Administration ("Commissioner"), is hereby substituted as the defendant.

1     IT IS SO ORDERED.

2

3   DATED: March 27, 2025

4

                                        WILLIAM D. KELLER
5                                         UNITED STATES DISTRICT JUDGE