UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| Bita Esfahbodi, | ) | Case: 2:24-cv-02228-WDK-RAO |
| Plaintiff. | ) ) ) | **ORDER AWARDING EAJA FEES** |
| vs. | ) ) ) | |
| Frank Bisignano,[1] Commissioner of Social Security, | ) ) ) | |
| Defendant. | | |

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of nine thousand three hundred twenty six dollars and 77 cents [$9,326.77], plus $405.00 in expenses, subject to the terms of the Stipulation. IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of nine thousand three hundred twenty six dollars and 77 cents [$9,326.77], plus $405.00 in expenses, subject to any federal debt owed by

---

[1] Frank Bisignano is now the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

the Plaintiff. If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees be made directly to Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

Dated: June 30, 2025

_____
HONORABLE WILLIAM D. KELLER
United States District Judge